IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| EVO BRANDS LLC AND PVG2, LLC, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> WWW.PUFFBARSALT.COM, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action No. 1:22-cv-652 |

## ORDER

This matter is before the Court on the Report and Recommendation, [Doc. No. 16], of Magistrate Judge John Anderson recommending that default judgment be entered against Defendant website domain name www.puffbarsalt.com. The Magistrate Judge also advised that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. To date, no objections have been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge in their entirety. For the reasons articulated by Magistrate Judge Anderson, the Court also finds it appropriate to enter Judgement in favor the Plaintiffs. Accordingly, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation, [Doc. No. 16], be, and the same hereby is, ADOPTED; and it is further

2

ORDERED that default judgment be, and the same hereby is, ENTERED against Defendant website www.puffbarsalt.com and in favor of Plaintiffs EVO Brands LLC and PVG2, LLC on Count One of the Complaint; and it is further

ORDERED that Plaintiffs' Motion for Default Judgment, [Doc. No. 11], be, and the same hereby is, GRANTED; and it is further

ORDERED that third-party company Verisign Inc., as the individual registrar listing the infringing domain name www.puffbarsalt.com, is to change the registrar of record to GoDaddy.com LLC; and it is further

ORDERED that GoDaddy.com LLC is to take all necessary steps to have Plaintiff PVG2 listed as the registrant of the Defendant domain name.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P 58 in accordance with this Order and forward copies of this Order to all counsel of record.

December 19, 2022  
Alexandria, Virginia

/s/  
Anthony J. Trenga  
Senior United States District Judge